UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS MORRISON,

                Petitioner,

v.

RON HAYNES,

                Respondent.

Case No. C22-5663-RAJ

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer to the petition, the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Petitioner's petition for writ of habeas corpus (dkt. # 10) and this action are DISMISSED, with prejudice, as untimely under 28 U.S.C. § 2244(d).

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4) Petitioner's motion for extension of time (dkt. # 16) is DENIED;

(5) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Michelle L. Peterson.

DATED this 3rd day of March, 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2